# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JIMMY BOLDEN, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 17-0177-CG-B |
| JEFFERSON S. DUNN, et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated October 26, 2017, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice for failure to comply with the order of this Court and failure to prosecute.

**DONE and ORDERED** this 22nd day of November, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE